PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JUVENAL PAREDES SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>JUVENAL PAREDES SANCHEZ, )<br>)<br>Defendant. ) | CASE NO. 1:10-cr-00384-AWI<br><br>STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER |

IT IS HEREBY STIPULATED by and between Yasin Mohammad, AUSA, attorney for plaintiff, the United States of America, Preciliano Martinez, attorney for the defendant, JUVENAL PAREDES SANCHEZ, and Summer I. Robinson, USPO, that the date set for hearing on the presentence report shall be extended as follows:

| | | |
|---|---|---|
| Sentencing and Judgment | : | From June 20, 2011 at 9:00 a.m. to July 25, 2011 at 9:00 a.m. |
| Motion for Correction of Presentence Report | : | From June 13, 2011 to July 18, 2011 |
| Presentence Report to be Filed with the court | : | From June 6, 2011 to July 11, 2011 |
| Counsels Written Objections To the Presentence Report | : | From May 31, 2011 to July 5, 2011 |

1

Proposed Presentence Report :  From May 16, 2011 to June 20, 2011
Shall be disclosed to Counsel

Mr. Martinez and Ms. Robinson, due to Mr. Sanchez's transfer to Bakersfield, CA, have been unable to coordinate an interview date for Mr. Martinez's client, thus Ms. Robinson needing more time to disclose the Presentence report.

Respectfully Submitted,

Dated:05/17/11            /s/ Preciliano Martinez            .
                          Preciliano Martinez, Attorney for
                          Defendant, JUVENAL PAREDES SANCHEZ

Dated:05/17/11            /s/ Yasin Mohammad
                          Yasin Mohammad, Attorney for
                          Plaintiff, UNITED STATES OF AMERICA

**ORDER**

IT IS SO ORDERED.

Dated:   May 17, 2011                    _____
                                         CHIEF UNITED STATES DISTRICT JUDGE